**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **EVICAM INTERNATIONAL, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. _____** |
| **v.** | § | |
| | § | |
| **ENFORCEMENT VIDEO, LLC d/b/a** | § | **JURY TRIAL DEMANDED** |
| **WATCHGUARD VIDEO,** | § | |
| | § | |
| **Defendant.** | § | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement by Evicam International, Inc. against Enforcement Video, LLC.

## I.  PARTIES

1.    Plaintiff Evicam International, Inc. ("Evicam") is a Colorado corporation with its principal place of business in Denver, Colorado.

2.    Defendant Enforcement Video, LLC ("Enforcement Video") is a Texas corporation with its principal place of business in Allen, Texas.  Enforcement Video has existed as a Texas corporation since at least May 3, 2004.  Enforcement Video has been doing business as "WatchGuard Video" since at least April 13, 2008.  Enforcement Video has appointed Robert Vanman, 415 Century Parkway, Allen, Texas 75013, as its agent for service of process.

## II.  JURISDICTION AND VENUE

3.    This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**                                                                 **PAGE 1**

4.     Venue is proper in this District under 28 U.S.C. §§ 1391 and 1400.  Enforcement Video is a Texas corporation and maintains its principal place of business in this District.  Enforcement Video has committed acts of patent infringement in this District.

5.     The Court has personal jurisdiction over Enforcement Video because Enforcement Video is a Texas corporation that conducts business in the State of Texas.  The infringing methods, systems, and/or software, as described below, have been and continue to be directed to or used by consumers in the State of Texas and this District.  Enforcement Video has committed acts of infringement in violation of 35 U.S.C. § 271 and placed these infringing methods, systems, and/or software into the stream of commerce with the knowledge or understanding that such methods, systems, and/or software are used in this State and this District.

6.     Enforcement Video regularly conducts business in this District.  By way of example, Enforcement Video's WatchGuard website at http://watchguardvideo.com/news/march-1-2011 shows that Enforcement Video manufactures infringing products in this District and sells or offers for sale infringing products in this District.

### III.  FACTUAL BACKGROUND

7.     On April 3, 2001, the United States Patent and Trademark Office ("USPTO") issued U.S. Patent No. 6,211,907 B1 (the "'907 Patent") entitled, "Secure, Vehicle Mounted Surveillance System."  Evicam is the owner of all rights, title, and interest in and to the '907 Patent and possesses all rights of recovery under the '907 Patent.  A true and correct copy of the '907 Patent is attached as **Exhibit A**.

8.     On September 27, 2005, the USPTO issued U.S. Patent No. 6,950,013 B2 (the "'013 Patent) entitled, "Incident Recording Secure Database."  Evicam is the owner of all rights, title, and interest in and to the '013 Patent and possesses all rights of recovery under the '013 Patent.  A true and correct copy of the '013 Patent is attached as **Exhibit B**.

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**                                          **PAGE 2**

9. The '907 Patent and the '013 Patent are valid, enforceable, and have not expired.

## IV. COUNT ONE: INFRINGEMENT OF U.S. PATENT NO. 6,211,907 B1

10. Evicam repeats and re-alleges each and every allegation contained in paragraphs 1 through 9 above as though fully stated herein.

11. Enforcement Video has been and is now infringing at least Claim 1 of the '907 Patent in the State of Texas, in this Judicial District, and elsewhere in the United States by, among other things, making, using, offering to sell, selling, and/or importing systems, covered by one or more claims of the '907 Patent within the United States.

12. Systems made, used, offered for sale, sold, or imported by Enforcement Video that infringe one or more claims of the '907 Patent include the WatchGuard 4RE In-Car Video System and the DV-1 In-Car Video System, including Evidence Library Software, Evidence Library Express Software, and Watch Commander Software. *See* http://watchguardvideo.com/4re/overview and http://watchguardvideo.com/dvi/overview.

13. Enforcement Video's acts of infringement have caused damages to Evicam, and Evicam is entitled to recover from Enforcement Video the damages sustained as a result of Enforcement Video's wrongful acts in an amount subject to proof at trial. Enforcement Video's infringement of Evicam's rights under the '907 Patent will continue to damage Evicam, causing it irreparable harm for which there is no adequate remedy at law, warranting an injunction from the Court.

14. Enforcement Video is thus liable for infringement of the '907 Patent pursuant to 35 U.S.C. § 271.

## V. COUNT TWO: INFRINGEMENT OF U.S. PATENT NO. 6,950,013 B2

15. Evicam repeats and re-alleges each and every allegation contained in paragraphs 1 through 14 above as though fully stated herein.

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**                                      **PAGE 3**

16. Enforcement Video has been and is now infringing at least Claim 1 of the '013 Patent in the State of Texas, in this Judicial District, and elsewhere in the United States by, among other things, making, using, offering to sell, selling, and/or importing systems, covered by one or more claims of the '013 Patent within the United States.

17. Systems made, used, offered for sale, sold, or imported by Enforcement Video that infringe one or more claims of the '013 Patent include the WatchGuard 4RE In-Car Video System, including Evidence Library Software, Evidence Library Express Software, and Watch Commander Software. *See* http://watchguardvideo.com/4re/overview.

18. Enforcement Video's acts of infringement have caused damages to Evicam, and Evicam is entitled to recover from Enforcement Video the damages sustained as a result of Enforcement Video's wrongful acts in an amount subject to proof at trial. Enforcement Video's infringement of Evicam's rights under the '907 Patent will continue to damage Evicam, causing it irreparable harm for which there is no adequate remedy at law, warranting an injunction from the Court.

19. Enforcement Video is thus liable for infringement of the '013 Patent pursuant to 35 U.S.C. § 271.

## VI. **DEMAND FOR JURY TRIAL**

20. Evicam hereby demands that all issues be determined by jury.

## VII. **PRAYER FOR RELIEF**

WHEREFORE, Evicam prays for relief against Defendant Enforcement Video as follows:

(a) A judgment that Enforcement Video has directly infringed the '907 Patent;

(b) A judgment that Enforcement Video has directly infringed the '013 Patent;

(c) An order for permanent injunctive relief prohibiting Enforcement Video, its officers, agents, servants, employees, successors, assigns, or all other persons or entities in active

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**                    **PAGE 4**

concert, participation, or privity with any of the foregoing, from any further acts of infringement of the '907 Patent and the '013 Patent;

(d)  A judgment and order requiring Enforcement Video to pay Evicam damages under 35 U.S.C. § 284, together with pre-judgment and post-judgment interest;

(e)  A judgment and order requiring Enforcement Video to pay Evicam the costs of this action; and

(f)  Such other and further relief as the Court deems just and equitable.

Dated:  November 24, 2015              By:  */s/  Jamil N. Alibhai*
Jamil N. Alibhai
Texas State Bar No. 00793248
Email:  jalibhai@munckwilson.com
Robert D. McCutcheon
Texas State Bar No. 00789480
Email:  rmccutcheon@munckwilson.com
Kelly P. Chen
Texas State Bar No. 24062664
Email:  kchen@munckwilson.com
Tiffany M. Cooke
Texas State Bar No. 24087340
Email:  tcooke@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Suite 600
Dallas, Texas 75251
Telephone: 972.628.3600
Facsimile:  972.628.3616

**COUNSEL FOR PLAINTIFF
EVICAM INTERNATIONAL, INC.**

660026.

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**                          **PAGE 5**