## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DATE:** 6/8/2017

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Donna Jones |
| Evicam International, Inc. v. Enforcement Video, LLC d/b/a Watchguard Video | 4:16cv105 |
| | |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Jamil Alibhai, Sarah Lopano | Adam Sanderson, Nick Davis |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Motions Hearing |
|---|---|
| 9:06 am | Court in session. |
| 9:07 am | Court heard from Mr. Alibhai for Plaintiff re: Motion #72. |
| 9:29 am | Response from Mr. Sanderson for Defendant. |
| 10:03 am | Reply from Mr. Alibhai. |
| 10:15 am | Court granted Motion #72. Discussion ensued between Court and Mr. Sanderson. Court will further consider defendant's argument regarding certain invalidity claims in preparation of Order. |
| 10:21 am | Court heard from Mr. Alibhai re: Motion #90. |
| 10:29 am | Court noted appearance of Mr. Davis. Mr. Davis responded. |
| 10:34 am | Reply from Mr. Alibhai. |
| 10:37 am | Court denied Motion #90. |
| 10:39 am | Court heard from Mr. Davis re: Motion #92 |
| 10:45 am | Response from Mr. Alibhai. |

CASE NO.   4:16cv105      DATE:  6/8/2017
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:   Motions Hearing |
|---|---|
| 11:00 am | Reply from Mr. Davis |
| 11:03 am | Court denied Motion #92.  Defense to submit order to Court for plaintiff's expert to product documents requested. |
| 11:08 am | Court heard from Mr. Sanderson re: Motion #112. |
| 11:16 am | Response from Mr. Alibhai |
| 11:24 am | Reply from Mr. Sanderson |
| 11:25 am | Court denied Motion #112. |
| 11:28 am | Court heard from Mr. Sanderson re: Motion #125. |
| 11:38 am | Response from Mr. Alibhai |
| 11:50 am | Reply from Mr. Sanderson |
| 11:55 am | Court will take advisement prior to issuing order on motion. |
| 11:56 am | Motion #131 was based on deposition related to defendant's undisclosed invalidity theories struck by Motion #72. |
| 11:59 am | Court will issue orders with further consideration of defendant's undisclosed invalidity theories with regard to Motion #72. |
| 12:01 pm | Court is in recess. |
|  |  |

**DAVID O'TOOLE, CLERK**

BY:      Donna Jones
         Courtroom Deputy Clerk