THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

**DATE:** 7/10/2017

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:** Debbie McCord |
| EVICAM VS. ENFORCEMENT | 4:16CV105 |
| | |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Jamil Alibhai, Mike Wilson, Sarah Lopano | Adam Sanderson, Tyler Bexley |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: JURY SELECTION AND TRIAL |
|---|---|
| 10:20 am | Court in session, attorneys announced ready. |
| | Court preliminary voir dire. |
| 10:30 am | Mr. Alibhai voir dire for Plaintiff. |
| 11:06 am | Mr. Sanderon voir dire for Plaintiff. |
| 11:25 am | Court addresses the attorneys regarding strikes. |
| 11:41 am | Court in recess for strikes. |
| 11:55 am | Court in session, clerk reads jurors by numbers, seated. Jurors sworn in, remaining panel dismissed. |
| 11:58 am | Court reads preliminary instructions. |
| 12:21 pm | Jury is in recess for lunch until 1:35 pm. |
| 12:22 pm | Mr. Alibhai requests that the parties present their objections regarding opening statement slides. Court heard from Mr. Bexley. |
| 12:32 pm | Court in recess for lunch - Court will issue ruling before jury returns. |

CASE NO.        DATE:
PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: JURY SELECTION AND TRIAL |
|---|---|
| 1:40 pm | Court in session, matter held outside of jury presence. Court issued ruling. |
| 1:46 pm | Mr. Wilson opening for Plaintiff. |
| 2:35 pm | Mr. Sanderson opening for Defendant. |
| 3:15 pm | Jury and Court in recess for 15 minutes. |
| 3:37 pm | Court in session. |
|  | Plaintiff witness: Jon Boesen, sworn in. Direct by Ms. Lopano. |
| 3:48 pm | Cross examination by Mr. Bexley. |
| 3:57 pm | Jury questions for witness. |
| 4:01 pm | Witness is fully excused. |
| 4:01 pm | Plaintiff witness: Mark Nightengale, sworn in. Direct by Mr. Alibhai. |
| 4:51 pm | Jury in recess for the day. |
|  | Housekeeping issues - two video clips need to be addressed. |
|  | Mr. Kaufman's deposition excerpts were first shown to the Court. |
|  | Discussion between Mr. Alibhai and Mr. Bexley. |
| 5:01 pm | Court overruled objections. |
| 5:03 pm | Court in recess. |

**DAVID O'TOOLE, CLERK**

BY:     Debbie McCord
       Courtroom Deputy Clerk